Commonwealth ex rel. Clouthier, Appellant, *v.* Maroney.

Submitted March 22, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John J. Clouthier*, appellant, in propria persona.

*Paul R. Sand*, Assistant District Attorney, for appellee.

Opinion Per Curiam, April 12, 1962:
Appeal from order of court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge Diggins of the Court of Common Pleas of Delaware County, as reported in 26 Pa. D. & C. 2d 622.